39 So.2d 926

**Robert RUSSEAU v. STATE.**

4 Div. 96.

Court of Appeals of Alabama.
March 4, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

41 So.2d 924

**Clara Mae SANDERS v. STATE.**

6 Div. 735.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 205

**James Edward SANDERS v. STATE.**

6 Div. 656.

Court of Appeals of Alabama.
Dec. 7, 1948.

Mize & Spiro, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 205

**Sam SANDERS v. STATE.**

6 Div. 645.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 205

**William Marvin SANDLIN v. STATE.**

6 Div. 626.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 205

**J. W. SHIRLEY v. STATE.**

6 Div. 622.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.